1  BONNETT, FAIRBOURN, FRIEDMAN
      & BALINT, P.C.
2  PATRICIA N. SYVERSON (203111)
   600 W. Broadway, Suite 900
3  San Diego, California 92101
   psyverson@bffb.com
4  Telephone:   (619) 798-4593

5  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
6  ELAINE A. RYAN (*Admitted Pro Hac Vice*)
   CARRIE A. LALIBERTE (*Admitted Pro Hac Vice*)
7  2325 E. Camelback Road, Suite 300
   Phoenix, AZ 85016
8  eryan@bffb.com
   claliberte@bffb.com
9  Telephone:  (602) 274-1100

10 SIPRUT, P.C.
   STEWART WELTMAN (*Admitted Pro Hac Vice*)
11 MICHAEL CHANG (*Admitted Pro Hac Vice*)
   17 North State Street, Suite 1600
12 Chicago, IL 60602
   sweltman@siprut.com
13 mchang@siprut.com
   Telephone: (312) 236-0000
14
   *Attorneys for Plaintiff*

15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAN ZEIGER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WHITEWAVE FOODS COMPANY, a Delaware corporation,<br><br>Defendant. | Case No.: 17-cv-04464-EDL-CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure, Rules 41(a)(1)(A)(i) and 23(e), Plaintiff Dan Zeiger voluntarily dismisses his claims against Defendant Whitewave Foods Company in the above captioned action. Defendant has not yet served either an answer to Plaintiff's Class Action Complaint or a motion for summary judgment. Plaintiff's dismissal is without prejudice pursuant to Rule 41(a)(1)(B).

Dated: September 18, 2017        BONNETT, FAIRBOURN, FRIEDMAN
                                                                                 & BALINT, P.C.

                                                                                /s/*Patricia N. Syverson*
Patricia N. Syverson (203111)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Elaine A. Ryan (*Admitted Pro Hac Vice*)
Carrie A. Laliberte (*Admitted Pro Hac Vice*)
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

SIPRUT PC
Stewart M. Weltman (*Admitted Pro Hac Vice*)
Michael Chang (*Admitted Pro Hac Vice*)
17 North State Street
Chicago, Illinois 60602
sweltman@siprut.com
mchang@siprut.com
Telephone: (312) 236-0000

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 18, 2017.

/s/*Patricia N. Syverson*
Patricia N. Syverson (203111)
BONNETT FAIRBOURN FRIEDMAN
& BALINT, P.C.
600 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 798-4593

- 2 -